UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XISEN GUO | No. 1:24-cr- |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
Maintaining a Drug-Involved Premises
(21 U.S.C. § 856(a)(1))

Between about July 2020 and about February 2024, in the District of Maine, the defendant,

**XISEN GUO,**

unlawfully and knowingly used and maintained a place located at 549 Main Road, in Passadumkeag, Maine, for the purpose of manufacturing and distributing marijuana, a controlled substance.

Thus, the defendant violated Title 21, United States Code, Section 856(a)(1).

### FORFEITURE NOTICE

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense in violation of Title 21, United States Code, Section 856, set forth in Count 1 of this Information, the defendant,

**XISEN GUO**,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section

1

853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to:

a. $4,710.00 in United States Currency from 549 Main Street, Passadumkeag, Maine, seized on February 22, 2024; and

b. $20,000 in United States Currency in lieu of the real property located at 549 Main Street, Passadumkeag, Maine, as described in a deed filed in the Penobscot County Registry of Deeds in Book 15449, page 68.

If any of the property described above as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant—

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the proceeds and property described above.

All pursuant to Title 21, United States Code, Section 853.

Dated:  December 17, 2024 DARCIE N. MCELWEE
       Bangor, Maine United States Attorney

**/s/ ANDREW K. LIZOTTE**
ANDREW K. LIZOTTE
Assistant United States Attorney