## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

XISEN GUO

No. 1:24-cr-00144-JAW

### GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through Craig M. Wolff, Acting United States Attorney for the District of Maine, and Andrew K. Lizotte, Assistant United States Attorney, hereby submits this memorandum to assist in the Court's consideration of the applicable 18 U.S.C. § 3553(a) factors. Defendant is scheduled for sentencing in Bangor on June 30, 2025. Dkt. #57.[1]

Defendant will be sentenced for Maintaining a Drug-Involved Premises at 549 Main Road, in Passadumkeag, Maine (the "Passadumkeag Property"), in violation of 21 U.S.C. § 856(a). *See* Revised Presentence Investigation Report ("PSR"), ¶¶ 1-2, 4, Mar. 31, 2025; *see also* Dkt. #38 (Information). The nature and circumstances of Defendant's offense involve his years-long use and maintenance of the Passadumkeag Property to illegally manufacture and distribute marijuana. *Id.*; 18 U.S.C. § 3553(a)(1). In essence, Defendant operated an industrial-grade black market marijuana operation in a remote residential area, negatively impacting the surrounding rural community. PSR ¶¶ 4-5.

At the sentencing hearing, the Government intends to admit and discuss numerous photographs of the Passadumkeag Property, in order to show the expansive scope and scale of the underlying criminal operation. These photographs will show

---

[1] The Government earlier today moved for a brief continuance of the sentencing hearing.

sophisticated lighting systems, unfinished wiring, chemical containers, and large empty trays on raised beds, as well as rooms in the garage retrofitted to manage and maintain marijuana plants in various stages of growth. PSR ¶ 9. The Government additionally intends to offer photographs seized pursuant to a federal search warrant executed on Defendant's cell phone, which will show the historical marijuana cultivation operation, to include the grow cycles, harvesting, and packaging of the product for distribution. Included in such photographs will be evidence that the powerful fungicide Eagle 20 was used on the marijuana crops at the Passadumkeag Property. Eagle 20's active ingredient is myclobutanil, which, as reported by the Maine Office of Cannabis Policy, "releases cyanide gas upon combustion and causes a range of mild to severe effects when inhaled." *See* ME. DEP'T OF ADMIN. & FIN. SERVS., OFF. OF CANNABIS POLICY, "Office of Cannabis Policy Report Identifies Harmful Contaminants in 42% of Samples Collected from Maine's Medical Cannabis Program," https://www.maine.gov/dafs/ocp/news-events/news/office-cannabis-policy-report-identifies-harmful-contaminants-42-samples-collected (last visited June 13, 2025).

WHEREFORE, the Government provides the instant memorandum in aid of sentencing with respect to the Court's consideration of the applicable 18 U.S.C. § 3553(a) factors, which the Government will address more fully at sentencing, including by reference to various sentencing exhibits.

Dated: June 13, 2025
      Bangor, Maine

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

**BY: /s/ ANDREW K. LIZOTTE**
ANDREW K. LIZOTTE
Assistant U.S. Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the Government's Sentencing Memorandum with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen M. Sweatt, Esq., at stephen@zerillolaw.com

Craig M. Wolff
Acting United States Attorney

BY:   /s/ Andrew K. Lizotte
Andrew K. Lizotte
Assistant U.S. Attorney